# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
## Civil Action No. 5:24-cv-00186

| | |
|---|---|
| DEWAYNE LEE HORNE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACTIV EVERGREEN,<br>and PACTIV EVERGREEN, LLC.,<br><br>　　　　Defendants.<br>_____ | **AMENDED COMPLAINT**<br><br>**JURY TRIAL REQUESTED** |

**NOW COMES,** Plaintiff Dewayne Lee Horne, by and through undersigned counsel, pursuant to Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e et seq. for employment discrimination. In support of this Amended Complaint, Plaintiff state as follows:

1. This is a civil action seeking damages and equitable relief for retaliatory actions taken by Defendants against Plaintiff in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. Plaintiff filed complaints with the Equal Employment Opportunity Commission (EEOC) alleging race discrimination, after which Defendant retaliated against Plaintiff, leading to a constructive discharge, loss of wages and benefits, and severe mental health issues.

1

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this case arises under the laws of the United States, specifically Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

3. Jurisdiction is also conferred on this Court based on 28 U.S.C. § 1343 and 42 U.S.C. Sections 1981 et seq.

4. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 as the acts complained of occurred within the Western District of North Carolina and Defendants conducts business in this district.

## PARTIES

4. Plaintiff, Dewayne Horne is an individual residing in the city of Lincolnton, Lincoln County, North Carolina.

5. Defendant No. 1, Pactiv Evergreen Inc. is a corporation organized under the laws of Delaware, with its principal place of business located in city of Lake Forest, Lake County, Illinois.

6. Defendant No. 2, Pactiv LLC is a corporation organized under the laws of Delaware, with its principal place of business located in the city of Lake Forest, Lake County, Illinois.

## NATURE OF CASE

7. Plaintiff began employment with Defendant on or around July 12, 2021 in the position of Product Supervisor.

8. The address at which Plaintiff was employed by the Defendants' is 314 Mooresville Blvd. Mooresville, NC 28115.

9. Throughout Plaintiff's employment, Plaintiff experienced racial discrimination on multiple occasions during 2023 and 2024.

10. The discriminatory acts that are the basis of this suit include:

    a. Discrimination in employment decisions.

    b. Discrimination in discipline.

    c. Denial of equal pay.

    d. General harassment.

11. The above stated discriminatory acts prompted Plaintiff to file complaints with the Equal Employment Opportunity Commission (hereinafter EEOC) on or about August 14, 2023 and April 3, 2024.

12. The EEOC sent the attached "Notice of Right to Sue" which Plaintiff received on or about May 28, 2024. [PE #1]

13. Subsequent to Plaintiff's filing of EEOC complaints, Defendant engaged in retaliatory actions against Plaintiff, including but not limited to:

    1. Increased scrutiny.

    2. Reduction in merit assessments.

    3. Unfounded performance reviews.

    4. Unreasonable company violations.

14. The retaliatory conduct by Defendants' created a hostile work environment, forcing Plaintiff to resign on or about May 22, 2024, constituting a constructive discharge.

15. As a direct result of Defendants' discriminatory acts and retaliation, Plaintiff has suffered severe mental health issues, including clinical depression, anxiety disorder, and post-traumatic stress disorder, requiring ongoing medical treatment and counseling.

## CAUSE OF ACTION

16. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 15 as if fully set forth herein.

### Count I: Racial Discrimination in Violation of Title VII

17. Defendants' discriminated against Plaintiff in employment decisions by placing the majority of the minority employees on Plaintiff's shift;

18. Defendants' discriminated against Plaintiff in employment decisions by placing majority of employees with disciplinary issues on Plaintiff's shift;

19. Defendants' discriminated against Plaintiff in employment decisions by failing to provide adequate training before transferring Plaintiff to a different department;

20. Defendants' discriminated against Plaintiff in employment decisions by denial of equal pay when Defendants' transferred Plaintiff to a different department;

21. Defendants' discriminated against Plaintiff in discipline by failing to provide adequate training prior to issuing a suspension for an alleged violation of a safety rule, while Plaintiff's non-minority colleagues committed the same safety violations with no repercussions;

22. Defendants' harassed Plaintiff by Defendants' circulating a wanted flyer with a picture of Plaintiff around the department;

### Count II: Retaliation in Violation of Title VII

23. Defendants engaged in retaliatory actions against Plaintiff by obstructing Plaintiff's ability to effectively supervise Plaintiff's employees, subsequent to Plaintiff filing internal complaints and complaints with the EEOC.

24. Defendants engaged in retaliation against Plaintiff by issuing unfavorable performance evaluations following Plaintiff's submission of internal complaints and complaints with the EEOC.

25. Defendants retaliated against Plaintiff by subjecting Plaintiff to heightened scrutiny.

26. Defendant's retaliatory conduct against Plaintiff for engaging in protected activity under Title VII constitutes unlawful retaliation in violation of 42 U.S.C. § 2000e.

### INJURY

27. As a direct and proximate result of Defendant's unlawful discrimination and retaliation, Plaintiff has suffered and will continue to suffer damages including, but not limited to, loss of income, emotional distress, mental anguish, and medical expenses.

### PREVIOUS LAWSUITS

28. Plaintiff originally filed this action on or about June 14, 2024, in the General Court of Justice, Civil District Court Division for Iredell County, North Carolina, entitled Dewayne Lee Horne v. Pactiv Evergreen and Pactiv Evergreen, LLC, Case No. 24-CVD-1758.

5

29. After Defendants' accepted Service of Process, Defendants' removed the matter to United States Federal District Court for the Western District of North Carolina.

30. The issues presented in this complaint are identical to those raised in the prior lawsuit.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Enter judgment in favor of Plaintiff and against Defendants';

b. Award Plaintiff compensatory damages for emotional distress, mental anguish, and loss of enjoyment of life;

c. Award Plaintiff lost wages and benefits;

d. Award Plaintiff punitive damages for Defendant's willful and malicious conduct;

e. Award Plaintiff reasonable attorney's fees and costs pursuant to 42 U.S.C. § 2000e-5(k);

f. Grant such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff request a trial by jury on all issues so triable.

Respectfully submitted this 14th day of November, 2024.

By: /s/ Shannon R. Wright
Shannon R. Wright (NC Bar No. 57015)
1914 J. N. Pease Place, Suite 148

Charlotte, North Carolina 28262
Telephone: (704) 738-3837
Fax: (704) 973-0791
srwright@srwrightlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon all counsel of Record by depositing a copy of the same in an official depository of the United States mail in a postage-paid envelope addressed and email as follows:

Jackson Lewis, P.C.
Ann H. Smith
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6464
Email: ann.smith@jacksonlewis.com

Daniel Q. Leake Ii
200 S. College St., Suite 1550
Charlotte, North Carolina 28202
Telephone: (980) 465-7254
daniel.leake@jacksonlewis.com

This the 14th day of November, 2024.

        /s/ Shannon R. Wright
Shannon R. Wright (NC Bar No. 57015)
1914 J. N. Pease Place, Suite 148
Charlotte, North Carolina 28262
Telephone: (704) 738-3837
Fax: (704) 973-0791
srwright@srwrightlaw.com

7